In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00407-CV
_____

IN RE COMMITMENT OF HAMMOND HALL

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 05-03-02265-CV**

**MEMORANDUM OPINION**

Hammond Hall filed a notice of appeal from an interlocutory order modifying residency requirements of his civil commitment order. We conclude the interlocutory order is not appealable and that mandamus relief is not warranted.

This Court has no appellate jurisdiction over the interlocutory order. *See In re Commitment of Cortez*, No. 09-12-00385-CV, 2013 WL 3270613 (Tex. App.—Beaumont June 27, 2013, no pet. h.). We have reviewed the merits of the issues to determine whether mandamus relief is appropriate. We considered these same arguments and issues in *Cortez* and rejected them. *See id.* For the reasons

1

explained in *Cortez*, we conclude mandamus relief is not appropriate. We dismiss the appeal for lack of jurisdiction.

APPEAL DISMISSED.

_____
DAVID GAULTNEY
Justice

Submitted on July 10, 2013
Opinion Delivered July 25, 2013

Before McKeithen, C.J., Gaultney and Horton, JJ.